Cathy L. SCHMIDT,
Petitioner/Respondent,

v.

Michael C. SCHMIDT,
Respondent/Appellant.

No. 60976.

Missouri Court of Appeals,
Eastern District, Southern Division.

Oct. 27, 1992.

Jeffrey P. Hine, Oliver, Oliver, Waltz & Cook, P.C., Cape Girardeau, for respondent, appellant.

David G. Beeson, Michael L. Jackson, Jackson, for petitioner, respondent.

PER CURIAM.

Husband appeals from decree of dissolution which dissolved a nine-year marriage between the parties.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b). ·

Earl Lester FRANK, Appellant,

v.

STATE of Missouri, Respondent.

No. 61009.

Missouri Court of Appeals,
Eastern District,
Southern Division.

Oct. 27, 1992.

Robert L. Fleming, Gary Brotherton, Columbia, for appellant.

William L. Webster, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion without an evidentiary hearing.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only setting forth the facts and reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).